IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

ZAVON GRIFFIN,

          Plaintiff,

v.

TRANSUNION LLC,

          Defendant.

Case No.: 5:26-cv-00429-HE

**DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION FOR RELIEF UNDER LOCAL CIVIL RULE 83.3(c) AND BRIEF IN SUPPORT**

Defendant Trans Union LLC ("Trans Union") respectfully seeks relief from this Court under Local Civil Rule 83.3(c) to allow the undersigned to act without local counsel in this case. In support, Trans Union would show as follows:

1.  Local Rule 83.3(c) states that this Court, in its discretion, can permit out-of-state lawyers to appear as counsel "upon motion establishing financial hardship, special qualifications of non-resident counsel, or other good cause, provided that out-of-state counsel certifies familiarity with the local civil court rules." While Trans Union does not plead financial hardship, it respectfully submits that the other requirements are met.

2.  Trans Union has retained the undersigned counsel precisely because of her "special qualifications." Ms. Loughmiller is admitted to practice in the United States District Court for the Western District of Oklahoma; is a member in good standing of the Oklahoma Bar Association (see Exhibit A); has represented Trans Union and its affiliates for over a decade; has appeared in Fair Credit Reporting Act ("FCRA") cases like the

8621934.1

1

instant case for over a decade and in courts in over 15 states; and has demonstrated an ability to resolve FCRA disputes quickly and amicably when the facts and the parties' dispositions permit it, including other cases filed by Plaintiff's counsel. Ms. Loughmiller further certifies that she is familiar with the Local Civil Rules of this Court.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union respectfully requests that the Court enter an order finding good cause exists under Local Civil Rule 83.3(c) for the undersigned to act without local counsel in this case as described in Rule 83.3(b). Trans Union also requests any other relief, general or special, at law or in equity, to which it may show itself entitled.

Respectfully submitted,

*/s/ Amanda Loughmiller*
Amanda Loughmiller
Oklahoma Bar No. 35383
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5455
Fax: (214) 871-2111
aloughmiller@qslwm.com
***Counsel for Trans Union LLC***

8621934.1

2

## CERTIFICATE OF CONFERENCE

On this 2nd day of April, counsel for Defendant Trans Union LLC conferred with Plaintiff as to whether they were unopposed or opposed to the relief requested herein. Accordingly, this motion is submitted to the court as unopposed.

/s/ Amanda Loughmiller
Amanda Loughmiller

8621934.1

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the **2nd day of April 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

None.

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of April 2026**, properly addressed as follows:

Zavon Griffin
3913 Chetwood Drive
Del City, OK 73115
***Pro Se Plaintiff***

*/s/ Amanda Loughmiller*

Amanda Loughmiller
*Counsel for Defendant Trans Union, LLC*

4

8621934.1