**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ZAVON GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-26-0429-HE |
| | ) | |
| TRANSUNION LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The following deadlines for filing: 1) motions to join additional parties; and 2) motion to amend pleadings is set **thirty (30) days** from the date of this order.

**IT IS SO ORDERED**.

Dated this 4th day of May, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE