**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

ZAVON GRIFFIN,

Plaintiff,

v. Case Number: 5:26-cv-00429-HE

TRANSUNION LLC,

Defendants.

**DEFENDANT TRANS UNION LLC'S TRIAL EXHIBIT LIST**

Pursuant to the Court's Scheduling Order (Dkt. No. 13) and Federal Rule of Civil Procedure 26(a)(3), Defendant Trans Union LLC ("Trans Union") submits the following list of exhibits. By listing the exhibits below, Trans Union does not agree to their admissibility or use at trial, or any other proceeding or hearing, and it does not waive or limit any objections concerning relevance, admissibility, or on any other grounds. Trans Union reserves the right to challenge or object to any testimony of such listed witnesses or exhibits at trial or other use in this case, both at trial and before trial, including any motion(s) in limine.

| **Trans Union LLC's Trial Exhibit List**<br>***Zavon Griffin v. TransUnion LLC***<br>**Case No. 5:26-cv-00429-HE**<br><br>**EXHIBITS <u>EXPECTED</u> TO BE USED** | |
|---|---|
| **EXH. NO.** | **DESCRIPTION OF EXHIBITS** |
| 1 | Plaintiff's Second Amended Complaint (or operative complaint at the time of Trial) |
| 2 | Trans Union's Answer and Defenses to Plaintiff's Second Amended Complaint (or operative complaint at the time of Trial) |
| 3 | Deposition Transcript and Deposition Exhibits from Plaintiff's Deposition |
| 4 | Deposition Transcript and Deposition Exhibits from Trans Union's Deposition, if such deposition occurs |
| 5 | Deposition Transcripts and Deposition Exhibits from any third-party Depositions |
| 6 | Plaintiff's Responses to Defendant Trans Union LLC's First Interrogatories to Plaintiff including any supplements to same and any Responses to additional Interrogatories that Trans Union may serve before Trial |
| 7 | Plaintiff's Responses to Defendant Trans Union LLC's First Set of Admissions to Plaintiff including any supplements to same and any Responses to additional Requests for Admissions that Trans Union may serve before Trial |
| 8 | Plaintiff's Responses to Defendant Trans Union LLC's First Requests for Production to Plaintiff including any supplements to same and any Responses to additional Requests for Production that Trans Union may serve before Trial |
| 9 | Plaintiff's Initial Disclosures and any supplements to same that Plaintiff may make prior to trial, including any documents produced by Plaintiff with such Initial Disclosures |
| 10 | Any documents produced by Plaintiff prior to the close of discovery |
| 11 | Any documents produced by Trans Union prior to the close of discovery (currently TU 1 – TU 63, CONFIDENTIAL TU 46 – CONFIDENTIAL TU 133) |

**Trans Union LLC's Trial Exhibit List**

***Zavon Griffin v. TransUnion LLC***
**Case No. 5:26-cv-00429-HE**

**EXHIBITS <u>EXPECTED</u> TO BE USED**

| EXH. NO. | DESCRIPTION OF EXHIBITS |
|---|---|
| 12 | Any documents produced by any third party prior to the close of discovery |
| 13 | Trans Union's Initial Disclosures and Documents produced with same, including any supplementations and supplemental documents |
| 14 | Any documents attached to dispositive motions filed by any party |
| 15 | Plaintiff's Confidential Document Production, if any |
| 16 | 2025 Credit Reporting Resource Guide |
| 17 | Any Pleadings and Exhibits filed in the case by any party |
| 18 | Declarations of third parties and furnishers, if any |
| 19 | Declarations of Trans Union including but not limited to those of Trans Union employees, agents and representatives |
| 20 | Trans Union's Subscriber and Furnisher Agreements with relevant Subscribers and Furnishers |

As discovery has been requested to be extended, Trans Union reserves the right to list additional exhibits identified through discovery additional discovery should such extension be granted. Trans Union further reserves the right to introduce evidence produced by Plaintiff.

Respectfully submitted,

*/s/ Amanda Loughmiller*
Amanda Loughmiller (35383)
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
Telephone: (214) 560-5455
Fax: (214) 871-2111
aloughmiller@qslwm.com
***Counsel for Trans Union LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the **2nd day of November 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| None. | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **2nd day of November 2026**, properly addressed as follows:

| | |
|---|---|
| Zavon Griffin<br>3913 Chetwood Drive<br>Del City, OK 73115<br>***Pro Se Plaintiff*** | |

*/s/ Amanda Loughmiller*
Amanda Loughmiller
*Counsel for Defendant Trans Union, LLC*