**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ZAVON GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. CIV-26-0429-HE |
| | ) | |
| TRANSUNION LLC, | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER**

The parties' joint motion for extension of deadlines [Doc. #40] is **GRANTED** as set forth by separate revised scheduling order.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE