**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

FILED

NOV 06 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ______________________, DEPUTY

| | | |
|---|---|---|
| **ZAVON GRIFFIN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 5:26-cv-00429-HE** |
| **TRANSUNION LLC,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF ZAVON GRIFFIN IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

I, Zavon Griffin, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Plaintiff in the above-captioned case and am appearing *pro se*. I have personal knowledge of the facts stated in this Declaration.
2. I submit this Declaration in support of my Response in Opposition to Defendant Trans Union LLC's Motion to Compel Discovery Responses.
3. I have conducted a thorough search of my physical and digital records for all documents related to Defendant's First Requests for Production.
4. Following a diligent search, I confirm that no physical or downloaded digital monthly billing statements, services contracts, invoices, or utility bills for the closed Capital One or Ed Financial accounts over the historical multi-year periods exist in my physical possession, custody, or control.

5. While I stated during my August 19, 2026, deposition that I accessed my account data online through internet portals to make manual card payments, I do not have archived downloads of those third-party statements, invoices or billing histories on my personal computer, phone, or home records.

6. I confirm that I have never been deposed in any other civil case before this lawsuit, have never drafted or served formal discovery responses in any other case, and do not have such records.

7. To the extent I have copies of confidential settlement agreements with separate consumer reporting agencies, those agreements involve entirely separate entities, separate software and systems, and independent statutory issues.

8. I confirm that no physical or digital credit-repair manuals, checklists, brochures, templates, or blueprints from Vance Dotson exist in my possession, custody, or control. My contact with Mr. Dotson was limited to participating in an open educational broadcast on the Instagram Live social media platform where general consumer literacy was discussed. No physical files or text documents were ever sent to me or prepared for me.

9. My consulting business, Aviyah Enterprises, LLC, provides general education and financial literacy to help individuals understand how to read their consumer reports. My business operations are separate from and have no connection to the technical file disclosure errors made by Trans Union on January 16, 2026, which caused this lawsuit.

10. I have acted in complete good faith throughout this case, have answered quickly to all defense communications, and have voluntarily given Defendant's counsel my full credit dispute log and the exact file disclosure requested during my deposition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 6th day of November, 2026, in Oklahoma City, Oklahoma.

Zavon Griffin 11/06/26

Zavon Griffin

3913 Chetwood Drive

Del City, OK 73115

(580) 951-8084

griffinzavon@outlook.com